**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **PHILIP YU**<br>**415 East North Water Street**<br>**Apartment 705**<br>**Chicago, IL 60611**<br><br>**Plaintiff,**<br>**v.**<br><br>**INTERNAL REVENUE SERVICE,**<br>**1111 Constitution Avenue N.W.**<br>**Washington, DC 20224**<br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **No._______** |

## COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

1. This is an action under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), as amended, for injunctive and other appropriate relief and seeking the disclosure and release of agency records improperly withheld from Plaintiff, Philip Yu ("Plaintiff"), by Defendant, the Internal Revenue Service ("IRS").

## Jurisdiction and Venue

2. This Court has subject matter and personal jurisdiction pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331, because this is an action to enforce the FOIA. Venue lies in this district pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391(e).

## Parties

3. Plaintiff, Philip Yu, the requester of the agency records that have been improperly withheld, is an American citizen and resident of Chicago, Illinois.

4. Defendant, the IRS, is a component entity of the Department of the Treasury, which is a Department of the Executive Branch of the United States Government. The IRS has

its headquarters in Washington, DC, within this judicial district. The IRS is an "agency" within the meaning of 5 U.S.C. § 552(f). The IRS has possession and control of the records requested by the plaintiff.

## Plaintiff's FOIA Request

5. On March 21, 2017, Plaintiff filed a request for information pursuant to 5 U.S.C. § 552 et seq. ("Plaintiff's FOIA request"). A true and correct copy of Plaintiff's FOIA request (redacted in accordance with LCvR 5.4(f)) is attached to this Complaint as Exhibit A. Plaintiff's FOIA request made clear that Plaintiff would not consent to any extensions of time to comply with the request.

6. On April 12, 2017, Ronald T. Mele, Disclosure Manager at the IRS, sent a letter to Plaintiff's counsel stating:

> I am unable to send the information you requested by April 18, 2017, which is the 20 business-day period allowed by law. I apologize for any inconvenience this delay may cause.

The letter goes on to state:

> Unfortunately, we will still be unable to locate and consider release of the requested records by May 2, 2017. We have extended the response date to June 9, 2017 when we believe we can provide a final response.
>
> . . . .
>
> You may file suit if you do not agree to an extension beyond the statutory period.

The letter is attached hereto as Exhibit B.

7. To date, Defendant has not provided the records requested by Plaintiff's FOIA request, notwithstanding FOIA's requirement of an agency response within twenty (20) working days.

8. Pursuant to 5 U.S.C. § 552(a)(6)(C), Plaintiff is deemed to have exhausted the applicable administrative remedies with respect to his FOIA request to Defendant.

9. Defendant has wrongfully withheld the requested records from Plaintiff.

**Prayer for Relief**

WHEREFORE, plaintiff prays that this Court:

(1) Order Defendant to disclose the requested records in their entireties and make copies available to Plaintiff;

(2) Provide for expeditious proceedings in this action;

(3) Award Plaintiff its costs and reasonable attorneys fees incurred in this action; and

(4) Grant such other relief as the Court may deem just and proper.

Respectfully submitted,

Dated: May 19, 2017

/s/ Matthew C. Hicks
Matthew C. Hicks
D.C. Bar No. 982588
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, NW
Washington, DC 20005
Tel.: (202) 862-7852

Attorney for Plaintiff