Caplin & Drysdale
ATTORNEYS

Caplin & Drysdale, Chartered
One Thomas Circle, NW, Suite 1100
Washington, DC 20005
202-862-5000 202-429-3301 Fax
www.caplindrysdale.com

202.862.7827 Direct
nelber@capdale.com

March 21, 2017

**Via Facsimile (877.891.6035)**

Internal Revenue Service
FOIA Request
Stop 93A
Post Office Box 621506
Atlanta, GA 30362-3006

Re: Disclosure Request Pursuant to FOIA and Privacy Act

Dear Disclosure Manager:

This is a request pursuant to the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA") and the Privacy Act, 5 U.S.C. § 552a and Internal Revenue Code ("Code") § 6103(c).

Pursuant to these statutes, Philip Yu [redacted] (hereafter referred to as "the taxpayer"), hereby requests documents related to his personal income tax and information reporting examinations conducted by the Internal Revenue Service ("IRS") office in Chicago, IL for the tax years 2001 through 2013. In particular, we request the following:

1. Any and all documents, reports, records, contact sheets or memoranda, workpapers, computations, notes, activity or history sheets, research, or other written or electronic materials which have been prepared, considered, reviewed or referred to by any IRS personnel in connection with the examination of the taxpayer for the tax years 2001 through 2013.

2. Any and all documents and other written or electronic materials considered in opening the examination of taxpayer for the tax years 2001 through 2013, including any information or documents that were the source of the IRS examination of the taxpayer.

3. Any and all documents and any other written or electronic materials sent to or received from any government entity or agency that refer to



EXHIBIT
A

the taxpayer with respect to the taxpayer's tax years 2001 through 2013.

4. Any and all documents and any other written or electronic materials received from any third party, including documents received from taxpayer's prior Form 2848 representatives, that refer to the taxpayer with respect to the taxpayer's tax years 2001 through 2013.

5. All workpapers, notes, activity or history sheets, correspondence, electronic mail and other documents or written or electronic materials contained in or comprising a part of the administrative file for the examination of the taxpayer for the tax years 2001 through 2013.

6. Any and all memoranda, correspondence or other written or electronic materials concerning the taxpayer that are not contained in the administrative file referred to in paragraph 5, above.

7. Identification, including name, address and telephone number, of any third parties contacted by any IRS employee in connection with the examination of the taxpayer for the tax years 2001 through 2013, including production of any information or documents provided to the IRS by the third parties.

8. All memoranda and notes or other written or electronic materials concerning the IRS's contacts with third parties in connection with the IRS's examination of the taxpayer for the tax years 2001 through 2013.

9. All correspondence between or among any representative or office of the IRS with any other office or representative of the IRS concerning the taxpayer in connection with the IRS's examination of the taxpayer, including with respect to any assessment, for the tax years 2001 through 2013.

10. Any and all documents, reports, records, memoranda, activity or history sheets, contact sheets or memoranda, workpapers, notes, research or other written materials prepared or assembled by any IRS personnel, concerning or relating to the taxpayer.

11. Any and all IRS field service advice memoranda or chief counsel advice memoranda concerning the taxpayer or taxpayer's tax years 2001 through 2013.

Caplin&Drysdale
CHARTERED



12. Any correspondence, whether in written or electronic form, with FINCEN, the Department of Justice or any other government agency, department or unit concerning the taxpayer, specifically with respect to the tax years 2001 through 2013.

For purposes of responding to this request, the term "document" or "record" includes, without limitation, memoranda, agreements, papers, correspondence, notes, studies, graphs, diagrams, photographs, charts, projections, tabulations, analyses, questionnaires and responses, work papers, summaries, data sheets, reports, statistical or informational accumulations, data processing cards or worksheets, computer stored and generated documents, computer databases, computer disks and formats, machine readable electronic files or records maintained on a computer, telexes, telegrams, electronic mail ("e-mail"), and similar or related documents and materials.

Please mail copies of the requested documents (either in paper or electronic form) to me at the address shown above. I do not wish to inspect the documents first. In order to determine the status for the applicability of fees, this request is from an "other" requester. The IRS is authorized to charge Caplin & Drysdale for the costs, up to $5,000, of searching for the documents described above, making any necessary deletions or redactions from them, and making the requested copies. If such costs are estimated to exceed $5,000, please contact me at (202) 862-7827 with the estimate and for further authorization.

Should it be asserted that any portion of the requested documents is exempt from disclosure under the FOIA or Privacy Act, please provide us with a copy of the portion(s) considered not exempt. Further, with respect to each document (or any portion thereof) that you believe is exempt from disclosure, please provide us with the following information:

1. The title of the document;
2. The date (if any) of the document;
3. The author(s) of the document;
4. The recipient(s) of the document;
5. A factual description of the document;
6. A statement of the specific exemption(s) claimed under the statutory provisions; and
7. The justification for claiming the exemption(s).

Any correspondence concerning this request should be sent to me at the address shown above. A copy of my Power of Attorney is enclosed. Thank you very much for your attention to this matter.

Sincerely,

Niles A. Elber

Enclosure: as stated.

Form **2848** (Rev. Dec. 2015) Department of the Treasury Internal Revenue Service

# Power of Attorney and Declaration of Representative

▶ Information about Form 2848 and its instructions is at www.irs.gov/form2848.

OMB No. 1545-0150

For IRS Use Only
Received by:
Name
Telephone
Function
Date / /

## Part I Power of Attorney

**Caution:** A separate Form 2848 must be completed for each taxpayer. Form 2848 will not be honored for any purpose other than representation before the IRS.

**1 Taxpayer information.** Taxpayer must sign and date this form on page 2, line 7.

Taxpayer name and address
Philip S. Yu
415 East North Water Street
Apt. 705
Chicago, IL 60611

Taxpayer identification number(s) [redacted]

Daytime telephone number

Plan number (if applicable)

hereby appoints the following representative(s) as attorney(s)-in-fact:

**2 Representative(s)** must sign and date this form on page 2, Part II.

Name and address

Scott D. Michel, Esq. - Caplin & Drysdale, Chartered
One Thomas Circle, N.W., Suite 1100
Washington, D.C. 20005

**Check if to be sent copies of notices and communications** ☑

CAF No. 5005-09407R
PTIN P01609332
Telephone No. 202.862.5053
Fax No. 202.429.3301
Check if new: Address ☐ Telephone No. ☐ Fax No. ☐

Name and address

Niles A. Elber, Esq. - Caplin & Drysdale, Chartered
One Thomas Circle, N.W., Suite 1100
Washington, D.C. 20005

**Check if to be sent copies of notices and communications** ☑

CAF No. 5005-88110R
PTIN P01673624
Telephone No. 202.862.7827
Fax No. 202.429.3301
Check if new: Address ☐ Telephone No. ☐ Fax No. ☐

Name and address

(Note: IRS sends notices and communications to only two representatives.)

CAF No.
PTIN
Telephone No.
Fax No.
Check if new: Address ☐ Telephone No. ☐ Fax No. ☐

Name and address

(Note: IRS sends notices and communications to only two representatives.)

CAF No.
PTIN
Telephone No.
Fax No.
Check if new: Address ☐ Telephone No. ☐ Fax No. ☐

to represent the taxpayer before the Internal Revenue Service and perform the following acts:

**3 Acts authorized (you are required to complete this line 3).** With the exception of the acts described in line 5b, I authorize my representative(s) to receive and inspect my confidential tax information and to perform acts that I can perform with respect to the tax matters described below. For example, my representative(s) shall have the authority to sign any agreements, consents, or similar documents (see instructions for line 5a for authorizing a representative to sign a return).

| Description of Matter (Income, Employment, Payroll, Excise, Estate, Gift, Whistleblower, Practitioner Discipline, PLR, FOIA, Civil Penalty, Sec. 5000A Shared Responsibility Payment, Sec. 4980H Shared Responsibility Payment, etc.) (see instructions) | Tax Form Number (1040, 941, 720, etc.) (if applicable) | Year(s) or Period(s) (if applicable) (see instructions) |
|---|---|---|
| Income | 1040 | Years 2000 through 2015 |
| Civil Penalty | 3520 & 3520A | Years 2000 through 2015 |
| Report of Foreign Bank and Financial Accounts (FBAR) Matters | TD F 90-22.1/FinCEN Form 114 | Years 2000 through 2015 |

**4 Specific use not recorded on Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. See the Instructions for **Line 4. Specific Use Not Recorded on CAF** . . . . . . . . . . . . . . . . . ▶ ☐

**5a Additional acts authorized.** In addition to the acts listed on line 3 above, I authorize my representative(s) to perform the following acts (see instructions for line 5a for more information):

☐ Authorize disclosure to third parties; ☐ Substitute or add representative(s); ☐ Sign a return;

☑ Other acts authorized: analogous acts for Report of Foreign Bank and Financial Accounts (FBAR) matters

**b Specific acts not authorized.** My representative(s) is (are) not authorized to endorse or otherwise negotiate any check (including directing or accepting payment by any means, electronic or otherwise, into an account owned or controlled by the representative(s) or any firm or other entity with whom the representative(s) is (are) associated) issued by the government in respect of a federal tax liability.

List any other specific deletions to the acts otherwise authorized in this power of attorney (see instructions for line 5b): ..........

**6 Retention/revocation of prior power(s) of attorney.** The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same matters and years or periods covered by this document. If you **do not** want to revoke a prior power of attorney, check here . . . . . ▶ ☐

**YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.**

**7 Signature of taxpayer.** If a tax matter concerns a year in which a joint return was filed, each spouse must file a separate power of attorney even if they are appointing the same representative(s). If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, or trustee on behalf of the taxpayer, I certify that I have the legal authority to execute this form on behalf of the taxpayer.

**▶ IF NOT COMPLETED, SIGNED, AND DATED, THE IRS WILL RETURN THIS POWER OF ATTORNEY TO THE TAXPAYER.**

[signature] Signature — 12/13/2016 Date — Title (if applicable)

Phillip S. Yu
Print Name — Print name of taxpayer from line 1 if other than individual

## Part II Declaration of Representative

Under penalties of perjury, by my signature below I declare that:

- I am not currently suspended or disbarred from practice, or ineligible for practice, before the Internal Revenue Service;
- I am subject to regulations contained in Circular 230 (31 CFR, Subtitle A, Part 10), as amended, governing practice before the Internal Revenue Service;
- I am authorized to represent the taxpayer identified in Part I for the matter(s) specified there; and
- I am one of the following:

a Attorney—a member in good standing of the bar of the highest court of the jurisdiction shown below.
b Certified Public Accountant—licensed to practice as a certified public accountant is active in the jurisdiction shown below.
c Enrolled Agent—enrolled as an agent by the Internal Revenue Service per the requirements of Circular 230.
d Officer—a bona fide officer of the taxpayer organization.
e Full-Time Employee—a full-time employee of the taxpayer.
f Family Member—a member of the taxpayer's immediate family (spouse, parent, child, grandparent, grandchild, step-parent, step-child, brother, or sister).
g Enrolled Actuary—enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the Internal Revenue Service is limited by section 10.3(d) of Circular 230).
h Unenrolled Return Preparer—Authority to practice before the IRS is limited. An unenrolled return preparer may represent, provided the preparer (1) prepared and signed the return or claim for refund (or prepared if there is no signature space on the form); (2) was eligible to sign the return or claim for refund; (3) has a valid PTIN; and (4) possesses the required Annual Filing Season Program Record of Completion(s). ***See Special Rules and Requirements for Unenrolled Return Preparers in the instructions for additional information.***
k Student Attorney or CPA—receives permission to represent taxpayers before the IRS by virtue of his/her status as a law, business, or accounting student working in an LITC or STCP. See instructions for Part II for additional information and requirements.
r Enrolled Retirement Plan Agent—enrolled as a retirement plan agent under the requirements of Circular 230 (the authority to practice before the Internal Revenue Service is limited by section 10.3(e)).

**▶ IF THIS DECLARATION OF REPRESENTATIVE IS NOT COMPLETED, SIGNED, AND DATED, THE IRS WILL RETURN THE POWER OF ATTORNEY. REPRESENTATIVES MUST SIGN IN THE ORDER LISTED IN PART I, LINE 2.**

**Note:** For designations d-f, enter your title, position, or relationship to the taxpayer in the "Licensing jurisdiction" column.

| Designation—Insert above letter (a–r). | Licensing jurisdiction (State) or other licensing authority (if applicable). | Bar, license, certification, registration, or enrollment number (if applicable). | Signature | Date |
|---|---|---|---|---|
| a | DC | 349928 | [signature] | 12/13/16 |
| a | DC | 488099 | [signature] | 12/13/16 |
| | | | | |
| | | | | |
| | | | | |

Form **2848**
(Rev. March 2012)
Department of the Treasury
Internal Revenue Service

# Power of Attorney and Declaration of Representative

▶ Type or print. ▶ See the separate instructions.

OMB No. 1545-0150

For IRS Use Only
Received by:
Name ____________
Telephone ____________
Function ____________
Date / /

**Part I** Power of Attorney

**Caution:** *A separate Form 2848 should be completed for each taxpayer. Form 2848 will not be honored for any purpose other than representation before the IRS.*

**1 Taxpayer information.** Taxpayer must sign and date this form on page 2, line 7.

| Taxpayer name and address | Taxpayer identification number(s) | |
|---|---|---|
| Philip Yu<br>415 East North Water Street Apt. 705<br>Chicago, IL 60611 | [redacted] | |
| | Daytime telephone number | Plan number (if applicable) |

hereby appoints the following representative(s) as attorney(s)-in-fact:

**2** Representative(s) must sign and date this form on page 2, Part II.

| Name and address | |
|---|---|
| Arthur J. Dichter<br>200 S Biscayne Blvd, 6th Fl<br>Miami, FL 33131 | CAF No. 6506-00749R<br>PTIN P00284307<br>Telephone No. 305-379-7000<br>Fax No. 305-379-8200 |
| Check if to be sent notices and communications [✓] | Check if new: Address [✓] Telephone No. [✓] Fax No. [✓] |
| Name and address | CAF No. ______<br>PTIN ______<br>Telephone No. ______<br>Fax No. ______ |
| Check if to be sent notices and communications ☐ | Check if new: Address ☐ Telephone No. ☐ Fax No. ☐ |
| Name and address | CAF No. ______<br>PTIN ______<br>Telephone No. ______<br>Fax No. ______ |
| | Check if new: Address ☐ Telephone No. ☐ Fax No. ☐ |

to represent the taxpayer before the Internal Revenue Service for the following matters:

**3 Matters**

| Description of Matter (Income, Employment, Payroll, Excise, Estate, Gift, Whistleblower, Practitioner Discipline, PLR, FOIA, Civil Penalty, etc.) (see instructions for line 3) | Tax Form Number (1040, 941, 720, etc.) (if applicable) | Year(s) or Period(s) (if applicable) (see instructions for line 3) |
|---|---|---|
| Income | 1040 | 2000-2015 |
| Civil Penalty | 3520 & 3520-A | 2000-2015 |
| Foreign Bank and Financial Accounts Report Matters | TD F 90-22.1 | 2000-2015 |

**4 Specific use not recorded on Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. See the instructions for Line 4. Specific Uses Not Recorded on CAF . . . . . . . . . . . . . . . . ▶ ☐

**5 Acts authorized.** Unless otherwise provided below, the representatives generally are authorized to receive and inspect confidential tax information and to perform any and all acts that I can perform with respect to the tax matters described on line 3, for example, the authority to sign any agreements, consents, or other documents. The representative(s), however, is (are) not authorized to receive or negotiate any amounts paid to the client in connection with this representation (including refunds by either electronic means or paper checks). Additionally, unless the appropriate box(es) below are checked, the representative(s) is (are) not authorized to execute a request for disclosure of tax returns or return information to a third party, substitute another representative or add additional representatives, or sign certain tax returns.

☐ Disclosure to third parties; ☐ Substitute or add representative(s); ☐ Signing a return; ____________

[✓] Other acts authorized: Analogous acts for Foreign Bank and Financial Accounts Report related matters

____________ (see instructions for more information)

**Exceptions.** An unenrolled return preparer cannot sign any document for a taxpayer and may only represent taxpayers in limited situations. An enrolled actuary may only represent taxpayers to the extent provided in section 10.3(d) of Treasury Department Circular No. 230 (Circular 230). An enrolled retirement plan agent may only represent taxpayers to the extent provided in section 10.3(e) of Circular 230. A registered tax return preparer may only represent taxpayers to the extent provided in section 10.3(f) of Circular 230. See the line 5 instructions for restrictions on tax matters partners. In most cases, the student practitioner's (level k) authority is limited (for example, they may only practice under the supervision of another practitioner).

List any specific deletions to the acts otherwise authorized in this power of attorney: ____________

____________

____________

____________

6 **Retention/revocation of prior power(s) of attorney.** The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same matters and years or periods covered by this document. If you do not want to revoke a prior power of attorney, check here . . . . . . . . . . . . . . . . . . ▶ ☐

**YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.**

7 **Signature of taxpayer.** If a tax matter concerns a year in which a joint return was filed, the husband and wife must each file a separate power of attorney even if the same representative(s) is (are) being appointed. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, or trustee on behalf of the taxpayer, I certify that I have the authority to execute this form on behalf of the taxpayer.

**▶ IF NOT SIGNED AND DATED, THIS POWER OF ATTORNEY WILL BE RETURNED TO THE TAXPAYER.**

[signature] Signature | 12/13/2016 Date | Title (if applicable)

Philip S. Yu Print Name | ☐☐☐☐☐ PIN Number | Print name of taxpayer from line 1 if other than individual

## Part II Declaration of Representative

Under penalties of perjury, I declare that:

- I am not currently under suspension or disbarment from practice before the Internal Revenue Service;
- I am aware of regulations contained in Circular 230 (31 CFR, Part 10), as amended, concerning practice before the Internal Revenue Service;
- I am authorized to represent the taxpayer identified in Part I for the matter(s) specified there; and
- I am one of the following:

a Attorney—a member in good standing of the bar of the highest court of the jurisdiction shown below.

b Certified Public Accountant—duly qualified to practice as a certified public accountant in the jurisdiction shown below.

c Enrolled Agent—enrolled as an agent under the requirements of Circular 230.

d Officer—a bona fide officer of the taxpayer's organization.

e Full-Time Employee—a full-time employee of the taxpayer.

f Family Member—a member of the taxpayer's immediate family (for example, spouse, parent, child, grandparent, grandchild, step-parent, step-child, brother, or sister).

g Enrolled Actuary—enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the Internal Revenue Service is limited by section 10.3(d) of Circular 230).

h Unenrolled Return Preparer—Your authority to practice before the Internal Revenue Service is limited. You must have been eligible to sign the return under examination and have signed the return. See Notice 2011-6 and **Special rules for registered tax return preparers and unenrolled return preparers in the instructions.**

i Registered Tax Return Preparer—registered as a tax return preparer under the requirements of section 10.4 of Circular 230. Your authority to practice before the Internal Revenue Service is limited. You must have been eligible to sign the return under examination and have signed the return. See Notice 2011-6 and Special rules for registered tax return preparers and unenrolled return preparers in the instructions.

k Student Attorney or CPA—receives permission to practice before the IRS by virtue of his/her status as a law, business, or accounting student working in LITC or STCP under section 10.7(d) of Circular 230. See instructions for Part II for additional information and requirements.

r Enrolled Retirement Plan Agent—enrolled as a retirement plan agent under the requirements of Circular 230 (the authority to practice before the Internal Revenue Service is limited by section 10.3(e)).

**▶ IF THIS DECLARATION OF REPRESENTATIVE IS NOT SIGNED AND DATED, THE POWER OF ATTORNEY WILL BE RETURNED. REPRESENTATIVES MUST SIGN IN THE ORDER LISTED IN LINE 2 ABOVE.** See the instructions for Part II.

**Note:** For designations d-f, enter your title, position, or relationship to the taxpayer in the "Licensing jurisdiction" column. See the instructions for Part II for more information.

| Designation—Insert above letter (a–r) | Licensing jurisdiction (state) or other licensing authority (if applicable) | Bar, license, certification, registration, or enrollment number (if applicable). See instructions for Part II for more information. | Signature | Date |
|---|---|---|---|---|
| a | FL | 00600 | [signature] | 12/9/16 |
| | | | | |
| | | | | |

Caplin&Drysdale
CHARTERED

Caplin & Drysdale, Chartered
One Thomas Circle, NW, Suite 1100
Washington, DC 20005
www.caplindrysdale.com

# Facsimile

| | | | |
|---|---|---|---|
| To: | Disclosure Manager | Client Number: | 12105 |
| Fax Number: | 877.891.6035 | Attorney Number: | 307 |
| Confirmation No: | | Number of Pages: | 9 (including cover) |
| From: | Niles A. Elber | Phone: | 202.862.7827 |
| Subject: | FOIA Request | Date: | 3/21/2017 |
| Time Sent: | | Operator: | mep |

**Comments:**

Please see attached.

Thank you.

**FACSIMILE COVER PAGE**

This message is for the use of the intended recipient only. It is from a law firm and may contain information that is privileged and confidential. If you are not the intended recipient any disclosure, copying, future distribution, or use of this communication is prohibited. If you have received this communication in error, please advise us by return e-mail, or if you have received this communication by fax advise us by telephone and delete/destroy the document.

To ensure compliance with requirements imposed by the IRS, we inform you that, unless specifically indicated otherwise, any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code, or (ii) promoting, marketing, or recommending to another party any tax-related matter addressed herein.

AuthorOfficeNotes

**FOR ASSISTANCE PLEASE CALL 202.862.5044**

DOC# 2347570

************************************
*** Send Results ***
************************************

Sending is complete.

| | |
|---|---|
| Job No. | 0235 |
| Address | 918778916035 |
| Name | |
| Start Time | 03/21 06:03 PM |
| Call Length | 03'17 |
| Sheets | 9 |
| Result | OK |

Caplin&Drysdale
ATTORNEYS

Caplin & Drysdale, Chartered
One Thomas Circle, NW, Suite 1100
Washington, DC 20005
www.caplindrysdale.com

# Facsimile

| | | | |
|---|---|---|---|
| To: | Disclosure Manager | Client Number: | 12105 |
| Fax Number: | 877.891.6035 | Attorney Number: | 307 |
| Confirmation No: | | Number of Pages: | 9 (including cover) |
| From: | Niles A. Elber | Phone: | 202.862.7827 |
| Subject: | FOIA Request | Date: | 3/21/2017 |
| Time Sent: | | Operator: | mep |

**Comments:**

Please see attached.

Thank you.